### DELEMATER *v.* HEPWORTH.

*(Supreme Court, General Term, Second Department.* May 14, 1888.)

BARNARD, P. J. This case is similar in its facts to *Stewart* v. *Robinson, ante,* 309, and upon the conclusion in that case should be affirmed, with costs.